United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Devlin, Matthew B. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, December 15, 2010 |
| Re: | 01:10-CR-00297-LY / Doc # 61 / Filed On: 12/15/2010 12:56 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Proposed order required. DO NOT re-file entire document. Please file ONLY the proposed order using the "Attachment (other documents)" event from menu and link the proposed order to this document.