IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. A-10-CR-297-LY |
| | § | |
| DAVID DIEHL | § | |

**FILED**
DEC 21 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## ORDER

Before the Court are the following motions: (1) Defendant's Motion for Discovery and Inspection (Doc. #22); (2) Defendant's Motion for Notice of Intent to Use Evidence under 12(b)(4) (Doc. #23); (3) Defendant's Motion in Limine (Doc. #24); (4) Defendant's Motion to Suppress Search and Seizure of Phone and Computer Hard Drives (Doc. #32); (5) Defendant's Motion to Suppress Statements (Doc. #33); (6) Defendant's Motion for Bill of Particulars (Doc. #44); (7) Defendant's Motion to Dismiss (Doc. #45); (8) Defendant's First Amended Motion for Bill of Particulars (Doc. #57); (9) Defendant's First Amended Motion to Dismiss (Doc. #58); (10) Defendant's Motion in Limine (Doc. #59); (11) Defendant's Motion in Limine (Doc. #60); and (12) United States' Motions to Protect the Privacy of the Juvenile Victims and Witnesses (Doc. #61). A hearing was held on all motions on December 21, 2010, at which the Court ruled on the motions now memorialized below.

**IT IS ORDERED** that Defendant's Motion for Discovery and Inspection (Doc. #22) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Notice of Intent to Use Evidence under 12(b)(4) (Doc. #23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion in Limine (Doc. #24) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Search and Seizure of Phone and Computer Hard Drives (Doc. #32) is **GRANTED AS A MOTION IN LIMINE**: the Government shall not introduce any evidence obtained as a result of the execution of the subject warrants in its case-in-chief. The motion is **DENIED WITHOUT PREJUDICE** as a motion to suppress.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements (Doc. #33) is **DENIED** for the reasons stated on the record at the December 21, 2010 hearing.

**IT IS FURTHER ORDERED** that Defendant's Motion for Bill of Particulars (Doc. #44) is **DISMISSED**. Government's Original Response (Doc. #46) shall be considered with Defendant's First Amended Motion for Bill of Particulars (Doc. #57).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. #45) is **DISMISSED**. Government's Original Response (Doc. #50) shall be considered with Defendant's First Amended Motion to Dismiss (Doc. #58).

**IT IS FURTHER ORDERED** that Defendant's First Amended Motion for Bill of Particulars (Doc. #57) is **DENIED** for the reasons stated on the record at the December 21, 2010 hearing.

**IT IS FURTHER ORDERED** that Defendant's First Amended Motion to Dismiss (Doc. #58) is **DENIED** for the reasons stated on the record at the December 21, 2010 hearing.

**IT IS FURTHER ORDERED** that Defendant's Motion in Limine (Doc. #59) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion in Limine (Doc. #60) is **DENIED**.

    **IT IS FINALLY ORDERED** that United States' Motions to Protect the Privacy of the Juvenile Victims and Witnesses (Doc. #61) are **GRANTED**.

SIGNED this _21st_ day of December, 2010.

                                                    LEE YEAKEL
                                                  UNITED STATES DISTRICT JUDGE