UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | CRIMINAL NO. A-10-CR-297 LY |
| **DAVID ANDREW DIEHL,** | § § | |
| **Defendant.** | § § § | |

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Description |
|---|---|
| 1 | Agreed Stipulation |
| 1-1 | Video   3:49 |
| 1-1B | Still image |
| 1-1C | Still image |
| 1-1D | Still image |
| 1-1E | Still image |
| 1-1F | Still image |
| 1-1G | Still image |
| 1-1H | Still image |
| 1-1I | $1,000,000 novelty bill |
| 1-2 | Video   3:08 |
| 1-2B | Still image |
| 1-2C | Still image |

| | |
|---|---|
| 1-2D | Still image |
| 1-2E | Still image |
| 1-2F | Still image |
| 2 | Video  1:20 |
| 2A | Still image |
| 2B | Still image |
| 2C | Still image |
| 2D | Still image |
| 2E | Still image |
| 3 | Video  3:04 |
| 3A | Still image |
| 3B | Still image |
| 3C | Still image |
| 3D | Still image |
| 3E | Still image |
| 3F | 3E - reversed |
| 3G | Still image |
| 3H | 3G - reversed |
| 3I | Still image |
| 3J | 3I – reversed |
| 4-1 | Video clip  3:44 (1:54) |
| 4-2A | Still image |

| | |
|---|---|
| 4-2B | Still image |
| 4-2C | Still image |
| 4-2D | Still image |
| 4-2E | Still image |
| 5-1 | Video segment 6:20 |
| 5-2 | Video segment 9:38 |
| 5-A | Still image |
| 5-1A | Still image |
| 5-1B | Array of photos |
| 5-1C | Still image |
| 5-2A | Still image |
| 5-2B | Still image |
| 5-2C | Still image |
| 5-2D | Still image |
| 5-2E | Still image |
| 5-2F | Still image |
| 5-2G | Still image |
| 5-2H | Still image |
| 5-2I | Still image |
| 5-2J | Still image |
| 5-2K | Still image |
| 5-2L | Still image |

| | |
|---|---|
| 5-2M | Still image |
| 6 | Video 0:34 |
| 6A | Still image |
| 6B | Still image |
| 6C | Photo |
| 6D | Photo |
| 7 | Video 5:02 |
| 7A | Still image |
| 7B | Still image |
| 7C | Still image |
| 7D | Photo |
| 7E | Still image |
| 7F | Still image - cropped copy of 7E |
| 7G | Still image |
| 7H | Photo |
| 7I | Photos |
| 7J | Still image |
| 7K | Still image |
| 8 | Video 4:21 |
| 8A | Still image |
| 8B | Still image |
| 8C | Still image |

| | |
|---|---|
| 8D | Still image |
| 8E | Still image |
| 9-1 | Video  0:26 |
| 9-1A | Still image |
| 9-1B | Still image |
| 9-2 | Video  0:16 |
| 9-2A | Still image |
| 9-2B | Still image |
| 10 | Video  0:41 |
| 10A | Still image |
| 10B | Still image |
| 10C | Still image |
| 10D | Still image |
| 10E | Still image |
| 11 | Video  40:30 |
| 11A | Still image |
| 11B | Still image |
| 11C | Still image |
| 12A | Deed records  Feb 1999 purchase |
| 12B | Deed records  Nov 2000 sale |
| 12C | Star Ranch records |
| 12C-1 | Star Ranch record |

| | |
|---|---|
| 12D | Seton medical records - June 2000 |
| 12E | TCSO accident report |
| 12F | Sealed document |

                                              Respectfully submitted,

                                              JOHN E. MURPHY
                                              United States Attorney

By:      **/s/ Matthew Devlin**
                                              _____
                                              MATTHEW B. DEVLIN
                                              Assistant United States Attorney
                                              816 Congress Avenue, Suite 1000
                                              Austin, Texas  78701
                                              (512) 916-5858
                                              Fax  (512) 916-5854
                                              State Bar No. 00795012

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 7, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Orr, Esq.
804 Rio Grande Street
Austin, Texas  78701
(512) 472-8392
Fax (512) 473-8417
State Bar No. 15317000
*Attorney for Defendant*

                                              **/s/ Matthew Devlin**
                                              _____
                                              MATTHEW B. DEVLIN
                                              Assistant United States Attorney