UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB - 7 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | AU:10-CR-00297(1)-LY |
| | § | |
| (1) DAVID ANDREW DIEHL | § | |

## LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Sean Mullen | 1. Archie Diehl |
| 2. Kerry Jenkins | 2. |
| 3. Kenneth Courtney | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |