**FILED**
FEB - 7 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | CRIMINAL NO:<br>AU:10-CR-00297(1)-LY |
| (1) DAVID ANDREW DIEHL | § | |

## DEFENDANT'S NON JURY TRIAL EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| D-1 | EMAIL FROM DAVID ANDREW DIEHL | 02/07/2011 |