FILED

FEB - 7 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| v. | §  CRIMINAL NO. A-10-CR-297 LY |
| DAVID ANDREW DIEHL, | § § |
| Defendant. | § § § |

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | | Description |
|---|---|---|
| 1    | 2-7-11 | Agreed Stipulation |
| 1-1  | 2-7-11 | Video 3:49  *sealed* |
| 1-1B | 2-7-11 | Still image  *sealed* |
| 1-1C | 2-7-11 | Still image  *sealed* |
| 1-1D | 2-7-11 | Still image  *sealed* |
| 1-1E | 2-7-11 | Still image  *sealed* |
| 1-1F | 2-7-11 | Still image  *sealed* |
| 1-1G | 2-7-11 | Still image  *sealed* |
| 1-1H | 2-7-11 | Still image  *sealed* |
| 1-1I | 2-7-11 | $1,000,000 novelty bill |
| 1-2  | 2-7-11 | Video 3:08  *sealed* |
| 1-2B | 2-7-11 | Still image  *sealed* |
| 1-2C | 2-7-11 | Still image  *sealed* |

| | | | |
|---|---|---|---|
| 1-2D | 2-7-11 | Still image | sealed |
| 1-2E | 2-7-11 | Still image | sealed |
| 1-2F | 2-7-11 | Still image | sealed |
| 2    | 2-7-11 | Video 1:20 | sealed |
| 2A   | 2-7-11 | Still image | sealed |
| 2B   | NA     | Still image | |
| 2C   | NA     | Still image | |
| 2D   | NA     | Still image | |
| 2E   | NA     | Still image | |
| 3    | 2-7-11 | Video 3:04 | sealed |
| 3A   | NA     | Still image | |
| 3B   | NA     | Still image | |
| 3C   | NA     | Still image | |
| 3D   | NA     | Still image | |
| 3E   | NA     | Still image | |
| 3F   | NA     | 3E - reversed | |
| 3G   | NA     | Still image | |
| 3H   | NA     | 3G - reversed | |
| 3I   | NA     | Still image | |
| 3J   | NA     | 3I – reversed | |
| 4-1  | 2-7-11 | Video clip 3:44 (1:54) | sealed |
| 4-2A | NA     | Still image | |

| | | | |
|---|---|---|---|
| 4-2B | NA | Still image | |
| 4-2C | NA | Still image | |
| 4-2D | NA | Still image | |
| 4-2E | NA | Still image | |
| 5-1 | 2-7-11 | Video segment 6:20 | sealed |
| 5-2 | 2-7-11 | Video segment 9:38 | sealed |
| 5-A | NA | Still image | |
| 5-1A | NA | Still image | |
| 5-1B | NA | Array of photos | |
| 5-1C | NA | Still image | |
| 5-2A | NA | Still image | |
| 5-2B | NA | Still image | |
| 5-2C | NA | Still image | |
| 5-2D | NA | Still image | |
| 5-2E | NA | Still image | |
| 5-2F | NA | Still image | |
| 5-2G | NA | Still image | |
| 5-2H | NA | Still image | |
| 5-2I | NA | Still image | |
| 5-2J | NA | Still image | |
| 5-2K | NA | Still image | |
| 5-2L | NA | Still image | |

| | | | |
|---|---|---|---|
| 5-2M | NA | Still image | |
| 6 | 2-7-11 | Video 0:34 | sealed |
| 6A | NA | Still image | |
| 6B | NA | Still image | |
| 6C | NA | Photo | |
| 6D | NA | Photo | |
| 7 | 2-7-11 | Video 5:02 | sealed |
| 7A | 2-7-11 | Still image | sealed |
| 7B | 2-7-11 | Still image | sealed |
| 7C | 2-7-11 | Still image | sealed |
| 7D | NA | Photo | |
| 7E | 2-7-11 | Still image | sealed |
| 7F | NA | Still image - cropped copy of 7E | |
| 7G | 2-7-11 | Still image | sealed |
| 7H | NA | Photo | |
| 7I | NA | Photos | |
| 7J | NA | Still image | |
| 7K | NA | Still image | |
| 8 | 2-7-11 | Video 4:21 | sealed |
| 8A | NA | Still image | |
| 8B | NA | Still image | |
| 8C | NA | Still image | |

| | | | |
|---|---|---|---|
| 8D | NA | Still image | |
| 8E | NA | Still image | |
| 9-1 | 2-7-11 | Video 0:26 | sealed |
| 9-1A | 2-7-11 | Still image | sealed |
| 9-1B | 2-7-11 | Still image | sealed |
| 9-2 | 2-7-11 | Video 0:16 | sealed |
| 9-2A | NA | Still image | |
| 9-2B | NA | Still image | |
| 10 | 2-7-11 | Video 0:41 | sealed |
| 10A | NA | Still image | |
| 10B | NA | Still image | |
| 10C | NA | Still image | |
| 10D | NA | Still image | |
| 10E | NA | Still image | |
| 11 | 2-7-11 | Video 40:30 | sealed |
| 11A | NA | Still image | |
| 11B | NA | Still image | |
| 11C | NA | Still image | |
| 12A | 2-7-11 | Deed records  Feb 1999 purchase | |
| 12B | 2-7-11 | Deed records  Nov 2000 sale | |
| 12C | 2-7-11 | Star Ranch records | |
| 12C-1 | 2-7-11 | Star Ranch record | sealed |

12D  2-7-11   Seton medical records - June 2000

12E  2-7-11   TCSO accident report

12F  2-7-11   Sealed document *(protected victim) sealed*

13  2-7-11  *Compilation of all videos) under seal*

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

By:  /s/ Matthew Devlin

---
MATTHEW B. DEVLIN
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858
Fax (512) 916-5854
State Bar No. 00795012

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Orr, Esq.
804 Rio Grande Street
Austin, Texas 78701
(512) 472-8392
Fax (512) 473-8417
State Bar No. 15317000
*Attorney for Defendant*

/s/ Matthew Devlin

---
MATTHEW B. DEVLIN
Assistant United States Attorney