**FILED**

FEB 8 2011

CLERK, U.S. DISTRICT COURT    2-2-2011
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Judge Yeakel,

<u>US  V.  David A. Diehl</u>

I am afraid I have a problem with my case that is significant. Mr. Orr and I have had a breakdown in our ability to work together.

I feel certain that imparative motions have not been filed on my behalf.

In particular I feel the prosecutor is guilty of misconduct. I have felt this way since my bond hearing where I believe lies were told knowingly and Justice was comprimized.

I also believe Steve has refused to carry out a few necessary steps in my defence with regard to witnesses.

I am writing so you are aware of these issues which I hope can be resolved in some manner.

**RECEIVED**                    David A Diehl

FEB 0 8 2011

**CHAMBERS OF**
**JUDGE LEE YEAKEL**

David A. Diehl 416003
1601 Mills St.
Bastrop, TX 78602

AUSTIN TX 787
RIO GRANDE DISTRICT
07 FEB 2011 PM 5 L

78701423333

Judge Lee Yeakel
U.S. District Court
200 W. 8th St.
Austin, TX 78701

BLUE SPRUCE

USA FOREVER