RECEIVED
APR 22 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Judge Yeakel,   4-19-2011

I regret having to write you again regarding problems I am having with my attorney but I don't know what else to do.

Since my trial I have only been able to talk with Mr Orr for 60 minutes alone. There are significant items regarding my case which are not getting taken care of. Several of these items are time sensitive and have the definate possibility of effecting me in a negative way if they don't get done.

I have been in county jail over a year and as you are aware will probably be here another year waiting for the state to prosecute me for essentially the same incidents.

Mr Orr took this case for a fixed sum of money. I feel he is no longer motivated to do what is necessary to complete this incredibly important matter.

Please advise me. David a ____

With 5 days left to state objections to the PSI I have not seen or heard from Steve. This is criticle.
I dont feel I can move foreward with Mr. Orr if something doesnt significantly change.

David A Diehl

DEPUTY CLERK
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
APR 2 2 2011
RECEIVED

David Diehl, 46903
1601 Mills St.
Bastrop, TX 78701

AUSTIN TX 787
20 APR 2011 PM 3 T

ATTN: Judge Lee Yeakel
U.S. District Court
200 West 8th St
Austin, TX 78701

78701+2333