

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

December 5, 2011

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street
New Orleans, LA 70130

RE:   USCA# 11-51076 / A:10-CR-297(01) LY
      USA vs. DAVID ANDREW DIEHL

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

__X__   SUPPLEMENTAL RECORD ON APPEAL CONSISTING OF: 1 Vol. Sealed Pre-Sentence Report / SOR; 1 Vol. Exhibit; and 1 Vol. Sealed Exhibits

Sincerely,

WILLIAM G. PUTNICKI, Clerk
Western Distrct of Texas

/s/
Margarita Chairez-Herrington
Appeals Clerk

Enc:
cc: Counsel of record w/o enclosures