United States District Court
Western District Of Texas
Austin Division

United States Of America,  )
    Plaintiff,  )
          )
vs.  )   Case No A-10-CR-297(01)-LV
          )
David Andrew Diehl,  )
    Defendant  )

## Emergency Temporary Injunction

   Now comes Defendant, David a. Diehl, pro-se in the above numbered cause and requests that the court order the BOP to remove the entire lockdown of my comisary account.
   On September 11th, the United States Attorney caused the deduction of 1600 dollars from my available spending which represents the entire balance. As a result I can no longer purchase printer ribbons, paper, copy cards, stamps, soap, toothpast ect. I am also pro-se on direct appeal with the Supreme Court, and have several other suits ongoing.
This outragous act seems to have been caused by an inquiry concerning the United States Attorneys role in causeing my home to be forclosed on, but at that this point that is still speculation.
I, like all other prisoners pay my fines through the FRP program. I have always made those payments, I actually pay more than is required by law.
   The Federal Debt Collection Procedure Act refered to on page 2 of the governments brief is not a tool to superceed the FRP program.
   The net effect of the United States actions is to shift my personal expenses to the BOP, and to hinder my ability to litigate my criminal case - which I call an outragous example of corruption. See Motion to Investigate Corruption filed with Fifth Circuit Court of Appeals.
Therfor, I pray this court will order the BOP to immediately remove the financial restraints on my account. I in turn will not transfer any amount of money out of my account without permission until this issue is fully litigated because unless this action is being taken against other defendants it is a violation of my equal rights under the law.

                                  Respectfully,
                                  David A. Diehl

David A. Diehl, 53214018
Federal Correctional Complex
USP Coleman II
PO Box 1034
Coleman, FL 33521

David A. Diehl, 53214018
Federal Correctional Complex
USP Coleman II
PO Box 1034
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
24 SEP 2015 PM 3 L

Clerk of Court
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

Legal Mail

78701381225