FILED

OCT 3 - 2016

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CRIM. NO. A-10-CR-297(01)-LY |
| DAVID ANDREW DIEHL, | : |
| Defendant. | : |

## MOTION FOR IN CAMERA REVIEW

**NOW COMES** the Defendant, David Andrew Diehl, pro se, with this Motion for In Camera Review, and in support of the foregoing respectfully sets forth as follows:

1. Presently before this Court is the Government's motion for protective order seeking to prevent Defendant from obtaining a copy of his file in the above-referenced matter, from his attorney, Mr. Gerry Morris, Esq.

2. Both Mr. Morris, and this Defendant, pro se, have filed oppositions, and this Court has assigned Magistrate Mark Lane for a report and recommendation.

3. Inasmuch as the materials sought are attorney-client, and do not fall within the scope of 18 U.S.C. § 3509(d), Defendant respectfully request this Court conduct an in camera review of said materials.

4. Numerous courts have required the in camera submission

of privileged materials for a variety of reasons, cief among them determining whether a privilege exists. See, e.g. United States v. Zolin, 491 U.S. 554 (1989) (in camera review required to determine if crime-fraud exception applies); United States v. Nixon, 418 U.S. 683 (1974) (in camera inspection required to determine if executive privilege applies); and United States v. Parker, 586 F.2d 422 (5th Cir. 1978) (in camera review to determine existence of attorney-client privilege).

    **WHEREFORE**, your Defendant respectfully moves this Court grant the following relief:

    A. Grant the foregoing motion and conduct an in camera review for the purpose of determining what, if any, materials are not disclosable, in light of § 3509, and the exemptions contained therein; and

    B. Grant such other and further relief as this Court may deem just, equitable, and fair.

Respectfully submitted,

Dated: 9-28-16

*David A Diehl*
David Andrew Diehl
P.O. Box 1034
Coleman, FL 33521

## Certificate of Service

    I, Andrew A. Diehl, hereby certify that on the above given date a true copy of the foregoing motion was mailed, first class postage, ppd., to AUSA Matthew Devlin, and Mr. Gerry Morris, by giving in hand to an institutional mail officer.

    Signed under penalty of perjury on this the 26th day of September, 2016.

                                                  /s/ *David A Diehl*
                                                      David Andrew Diehl

**RECEIVED**

**OCT 3 2016**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Clerk of Court,

Please file the enclosed motion in the criminal matter United States v. David Andrew Diehl, Crim. No. A-10-CR-297(01)-LY.

                                        Respectfully,
                                        David A. Diehl, Pro Se

                                        *David A Diehl*
                                        9-29-16

David A. Diehl, 53214018
Federal Correctional Complex
USP Coleman II
PO Box 1034
Coleman, FL 33521

David Diehl, 53214018
Federal Correctional Complex
USP Coleman II
PO Box 1034
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
30 SEP 2016 PM 5 L

Clerk of Court
Western District of Texas
United States Courthouse
501 W 5th Street, Suite 1100
Austin, TX 78701

Legal Mail

78701-381275